No. 1202, Misc. SKELTON v. UNITED STATES COURTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 1241, Misc. STONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

No. 1258, Misc. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1269, Misc. HOLMES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1273, Misc. FORTUNATO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Eugene Feldman* and *Joseph Rosenzweig* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1285, Misc. PRITCHETT v. LLOYD. C. A. 4th Cir. Certiorari denied.

No. 1287, Misc. ANGLIN v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 1293, Misc. KOCHEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1337, Misc. McCONNELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.